# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 364 | **DATE** | 3/24/2010 |
| **CASE TITLE** | General Electric Business Financial Services    vs    Donald L. Silverman, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Motion [63] of Steven Blonder, Shawn Staples and Cassandra Crane to withdraw as counsel for defendants Eric W. Brauss and Today Realty Advisors is granted. Motion [71] of Steven Blonder, Shawn Staples and Cassandra Crane to withdraw as counsel for defendant Donald L. Silverman is granted. Plaintiff's motion [75] for attorneys' fees, costs and expenses, and for a judgment in the form of an order submitted is granted.

[Docketing to mail notice]

00:09

| | Courtroom Deputy | GDS |
|---|---|---|