Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 364 | **DATE** | 3/24/2010 |
| **CASE TITLE** | General Electric Business Financial Services   vs   Donald L. Silverman, et al | | |

**DOCKET ENTRY TEXT:**

The case is terminated as to defendant Donald Silverman Final judgment is granted on in favor of plaintiff and against defendant Brauss on count I and against defendants Eric W. Brauss and Today Realty Advisors, Inc., on count II, jointly and severally in the amount of $16,821,104.06. There is no reason for delay in the entry of this final judgment order.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|